IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOROTHY M. SPECK, )
)
)
v. ) 3:02-0415
)
JO ANNE B. BARNHART, Commissioner of Social )
   Security )

**O R D E R**

      Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends remand to the Secretary for consideration of the assessment of Dr. Regan. Defendant objects to the remand insisting that the opinion of the Administrative Law Judge is supported by substantial evidence.

      The Report and Recommendation is accepted as the findings of the Court and the case is **REMANDED** to the Secretary for reconsideration consistent with the Report and Recommendation. Even if the Administrative Law Judge's opinion is supported by substantial evidence, the assessment of Dr. Regan cannot be ignored.

      IT IS SO ORDERED.

                                      Thomas A. Wiseman, Jr.
                                      Senior U.S. District Judge